**Juan Espinoza HERRERA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–70966.

United States Court of Appeals, Ninth Circuit.

---

Submitted March 8, 2011.*

Filed March 28, 2011.

Elizabeth P. Uribe, Esquire, Law Offices of Enrique Arevalo, South Pasadena, CA, for Petitioner.

Monica Antoun, Esquire, OIL, Shelley Goad, Assistant Director, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Juan Espinoza Herrera, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Ramos v. INS,* 246 F.3d 1264, 1266 (9th Cir.2001). We deny the petition for review.

Substantial evidence supports the agency's determination that Espinoza Herrera provided false testimony for the purpose of obtaining an immigration benefit, thereby rendering him unable to establish the requisite good moral character required for cancellation of removal. *See* 8 U.S.C.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§§ 1101(f)(6), 1229b(b)(1)(B); *see also Ramos,* 246 F.3d at 1266.

### PETITION FOR REVIEW DENIED.